UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.M.E. INC.,

                              Plaintiff,

        -v-

JIMMY BRANNA, ELITE CONSULTING LLC,
and JOHN KEMPF,

                            Defendants.

21 Civ. 2986 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    This case, which was filed on April 7, 2021, has been transferred to this Court as related to *Volt Electric NYC Corp. v. A.M.E. Inc. et al.*, No. 20 Civ. 4185 (S.D.N.Y.).

    In light of the relatedness and the late date at which the case was filed, the Court assumes that no further discovery or minimal discovery will be needed. Counsel are directed to immediately to confer on this point and to propose forthwith a case management plan anticipating the completion of any supplemental fact discovery within four weeks.

    SO ORDERED.

                                                                   Paul A. Engelmayer
                                                                   United States District Judge

Dated: April 27, 2021
       New York, New York