LEE M. TESSER +×
STEVEN COHEN*°
STEPHEN PAUL WINKLES*
ROBERT E. BENNETT+
FRANCIS A. KIRK*
GINA A. MAKOUJY, LL.M.+
DANIELLE E. COHEN*
MATTHEW LAKIND*
CRAIG B. NOVAK*



946 MAIN STREET
HACKENSACK, NEW JERSEY 07601
_____
(201) 343-1100
FACSIMILE: (201) 343-0885
WRITER'S E-MAIL: dcohen@tessercohen.com
WWW.TESSERCOHEN.COM

NEW YORK OFFICE
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005-2205
(212) 226-1900
FACSIMILE: (201) 343-0885

* NY and NJ Bar
+ NJ Bar
× Mass. Bar
° Rule 1:40 Qualified Mediator

**VIA E-FILING**

April 30, 2021

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff's request to adjourn the telephonic pre-motion conference currently scheduled for May 6, 2021 (ECF No. 22) is GRANTED. The conference is re-scheduled to **Friday, May 7, 2021 at 10:00 am**. The parties are directed to call 866-390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of the Court is respectfully directed to close ECF No. 22.
>
> SO ORDERED    5/3/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:  A.M.E. Inc. v. Jimmy Branna, et al.
     Docket No.: 21-cv-02986-GHW
     Our File No.: 1964-02
     **Letter Motion to Adjourn the May 6, 2021 Pre-Motion Conference Regarding Defendants' Anticipated Motion to Dismiss**

Dear Your Honor:

This firm represents Defendants, A.M.E., Inc. ("AME" or "Defendants") in the above referenced matter. Please accept this letter motion as a request for an adjournment of the May 6, 2021 pre-motion conference regarding Defendants' anticipated motion to dismiss.

This is the parties' first request for an adjournment of the pre-motion conference, currently scheduled for May 6, 2021 at 10am. An adjournment is being requested as I have a previously scheduled arbitration hearing in a matter proceeding before the New Jersey Superior Court.

Counsel for Defendants consents to this adjournment request and both parties are available on May 5th in the afternoon or May 7th all day for the adjourned proceeding.