UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.M.E. INC.,

                        Plaintiff,

    -v-

JIMMY BRANNA, ELITE CONSULTING LLC,
and JOHN KEMPF,

                        Defendants.

21 Civ. 2986 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court set a deadline for the close of supplemental discovery and a briefing schedule for the parties' anticipated motions for summary judgment. Defendants had previously indicated that they intended to file a motion to dismiss. Dkt. 15. The Court presumes that, in light of the consolidated summary judgment briefing, defendants no longer intend to move to dismiss. Defendants' answer is due May 18, 2021. If defendants do still intend to move to dismiss, defendants are directed to file forthwith a letter to that effect.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          _____
                                          Paul A. Engelmayer
                                          United States District Judge

Dated: May 4, 2021
        New York, New York