

LEE M. TESSER +×
STEVEN COHEN*°
STEPHEN PAUL WINKLES*
ROBERT E. BENNETT+
FRANCIS A. KIRK*
GINA A. MAKOUJY, LL.M.+
DANIELLE E. COHEN*
MATTHEW LAKIND*

**946 MAIN STREET**
HACKENSACK, NEW JERSEY 07601

(201) 343-1100
FACSIMILE: (201) 343-0885
WRITER'S E-MAIL: DCOHEN@TESSERCOHEN.COM
WWW.TESSERCOHEN.COM

NEW YORK OFFICE
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005-2205
(212) 226-1900
FACSIMILE: (201) 343-0885

* NY and NJ Bar
+ NJ Bar
× Mass. Bar
° Rule 1:40 Qualified Mediator

**VIA ECF**

May 27, 2022

Honorable Paul A. Engelmayer, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: **Volt Electric NYC Corp. v. A.M.E. Inc.**
    **Docket No.:** **20-CV-04185(PAE)**
         **21-CV-2986(PAE)**
    **Our File No.: 1964-01**

Dear Your Honor:

This firm represents A.M.E., Inc. ("AME") in the above referenced case. A motion in limine was filed by Volt Electric NYC Corp. on May 23, 2022. Pursuant to the Court's directive issued on May 13, 2022 any opposition is due on May 30, 2022. I write to request an extension to file any opposition until Friday, June 3, 2022. My adversary consents to this request.

The reason for the request is that I was out of the office this week due to personal medical appointments and previously scheduled work obligations in other matters.

Should you have any questions, please do not hesitate to contact me at this office.

Respectfully,

Danielle Cohen
Cc: Karl Silverberg (Via ECF)

Granted.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
5/27/2022